UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

**ORDER**
**09 CR 707 (RJD)**

-against-

ROBERTO RIVAS-REGALADO

Defendant.

------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

Defendant's name is misspelled on a number of Court documents. The Clerk of Court shall reflect the proper spelling of defendant's name on the Court records as follows: Roberto Rivas-Regalado. See document 11 at 4.

SO ORDERED.

LOIS BLOOM
United States Magistrate Judge

Dated: December 10, 2009
    Brooklyn, New York

